# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126562(78)

BETTY SORKOWITZ, Individually and as Trustee
for the MORRIS & SARAH FRIEDMAN
IRREVOCABLE TRUST, Betty Sorkowitz,
Trustee for the SARAH FRIEDMAN TRUST,
Betty Sorkowitz, Personal Representative for the
ESTATE OF SARAH FRIEDMAN, BETMAR
CHARITABLE FOUNDATION, INC., JULIE
SHIFFMAN, JANET JACOBS, CAROLYN
JACOBS, RENEE JACOBS, JODIE SHIFFMAN
and JEFFREY SHIFFMAN,
             Plaintiffs-Appellees,

v

LAKRITZ, WISSBRUN & ASSOCIATES, P.C.,
a/k/a LAKRITZ, WISSBURN & ASSOCIATES,
P.C., GERALD LAKRTIZ and KENNETH
WISSBRUN, a/k/a KENNETH WISSBURN,
             Defendants-Appellants.

_____

SC: 126562
COA: 242016
Oakland CC: 01-037192-NO

On order of the Court, the motion for reconsideration of the order of November 28, 2005 is considered and it is DENIED because it does not appear the order was entered erroneously.

KELLY, J., would grant reconsideration and reinstate the decision of the Court of Appeals for reasons stated in her dissent.

MARKMAN, J., would grant reconsideration and reinstate the Court of Appeals decision.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2006

_____
Clerk